# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2017

153979(78)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

MARLETTE AUTO WASH, LLC,
       Plaintiff/Counterdefendant-
       Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
       Defendant/Counterplaintiff-
       Appellee.
_____/

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

On order of the Chief Justice, the motion of the Real Property Law Section of the State Bar of Michigan for its attorney to share the oral argument time with counsel for defendant/counterplaintiff-appellee is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2017



Clerk